UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA v. SEAN MASON
Misc. No. ~~09-246~~ (JBS)  10-731 (JBS)

PETITION FOR WRIT OF HABEAS CORPUS: Your Petitioner shows that:

1. **SEAN MASON - FBI. No. 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 (DOB: 04/23/1971)** confined in the **Atlantic County Jail, Mayslanding, New Jersey.**

2. Said individual will be required for a **Plea** at the **United States District Court, Mitchell H. Cohen Federal Courthouse, Fourth & Cooper Streets, Camden, N.J.** before the **Honorable Jerome B. Simandle** in the above-captioned matter on **Wednesday, October 27, 2010** at **11:00 am**, and a Writ of Habeas Corpus should issue for that purpose.

DATED: October 20, 2010

_____
JASON M. RICHARDSON
Assistant U. S. Attorney
Petitioner

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: October 21, 2010

_____
HONORABLE ANN MARIE DONIO
United States Magistrate Judge

---

WRIT OF HABEAS CORPUS: The United States of America to

**Warden, Atlantic County Jail, and United States Marshal, District of New Jersey**

WE COMMAND YOU that you have the body of **Sean Mason** (by whatever name called or charged), now confined in the **Atlantic County Jail, Mayslanding, New Jersey**, for a **Plea** at the **United States District Court, Mitchell H. Cohen Federal Courthouse, Fourth & Cooper Streets, Camden, N.J.** before the **Honorable Jerome B. Simandle,** in the above-captioned matter on **Wednesday, October 27, 2010** at **11:00 am**, and a Writ of Habeas Corpus should issue for that purpose, in the captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

   WITNESS the Honorable Ann Marie Donio, United States Magistrate Judge, at **Camden, NJ**.

DATED: October 21, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _Susan Bush_
Deputy Clerk